

# NUMBER 13-08-00391-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**$16,000.00 U.S. CURRENCY,**                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                    **Appellee.**

---

On appeal from the 36th District Court of Live Oak County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Garza**
**Memorandum Opinion Per Curiam**

Appellant, Ismael Saldivar, Jr., perfected an appeal from a judgment entered by the 36th District Court of Live Oak County, Texas, in cause number L-07-0144-CV-A. Appellant has filed a motion to withdraw his notice of appeal on grounds that the case has been settled.  The Court, having considered the documents on file and appellant's motion

to withdraw the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion is GRANTED and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 17th day of July, 2008.